

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. **00-0308** |
| M/V LE PELICAN | * | |
| her engines, boilers, tackle, furniture, | * | SECTION " " ( ) |
| apparel, appurtenances, etc., *In Rem* | * | JUDGE: **SECT. T MAG. 4** |
| | * | |
| ****************************************** | | MAGISTRATE |

## EX PARTE MOTION FOR ISSUANCE OF ORDER
## AUTHORIZING A WARRANT FOR ARREST

**NOW INTO COURT,** through undersigned counsel, comes Bollinger Quick Repair, L.L.C. and pursuant to Supplemental Rule C of the Federal Rules of Civil Procedure, and Local Admiralty Rule 4.1(B), moves this Honorable Court for the entry and issuance of an order authorizing the issuance of a warrant for the arrest of the M/V LE PELICAN upon suggesting to the Court that the Complaint and Verification of Complaint filed herein establish

**FEB 1 2000**

DATE OF ENTRY_____



the conditions for an action *In Rem* appear to exist.

                                  Respectfully submitted,

                                  REICH, MEEKS & TREADAWAY

                                  _____
ROBERT S. REICH (#11163)
MICELLE L. MARAIST (#21739)
Two Lakeway Center, Suite 1830
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Bollinger*
      *Quick Repair, L.L.C.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. * | |
| * | CIVIL ACTION |
| VERSUS * | |
| * | NO. 00-308 |
| M/V LE PELICAN * | |
| her engines, boilers, tackle, furniture, * | SECTION "T" (4) |
| apparel, appurtenances, etc., *In Rem* * | |
| * | JUDGE: Porteous |
| * | |
| ****************************************** | MAGISTRATE ROBY |

### ORDER FOR ISSUANCE OF
### WARRANT FOR MARITIME ARREST

Upon considering the above and foregoing Motion, Complaint, and Verification of Complaint in this matter, and it appearing that the conditions for an *in rem* action exist;

**IT IS HEREBY ORDERED:**

(1) The Clerk of Court is authorized and directed to issue a warrant for the arrest of the M/V LE PELICAN, her engines, boilers, tackle, furniture, apparel, appurtenances, and all other necessaries thereunto belonging or appertaining and to detain the same pending further Order of the Court.

New Orleans, Louisiana, this 31st day of January, 2000.

                                                                      UNITED STATES DISTRICT JUDGE

2