

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 31  P 3: 52

LORETTA G. WHYTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0308 |
| | * | |
| M/V LE PELICAN | * | SECTION SECT. T MAG. 4 |
| her engines, boilers, tackle, furniture, | * | |
| apparel, appurtenances, etc., *In Rem* | * | JUDGE: |
| | * | |
| ******************************************* | | MAGISTRATE |

### MOTION AND ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

**NOW INTO COURT** through undersigned counsel comes plaintiff, Bollinger Quick Repair, L.L.C. (hereinafter "Bollinger") and upon suggesting to the Court that the M/V LE PELICAN is presently berthed at Bollinger's shipyard in Harvey, and that in the interest of allowing the M/V LE PELICAN to remain in the hands of competent person and to avoid unnecessary expenses, plaintiff Bollinger seeks to have this Court issue an Order appointing Bollinger substitute custodian of said vessel.

Moreover, and in consideration of the Marshal's consent to the substitution of custody of the M/V LE PELICAN, plaintiff Bollinger agrees to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the vessel from the time the Marshal transfers custody of said vessel over to the substitute custodian and plaintiff further agrees to hold harmless and indemnify the United States and the

DATE OF ENTRY FEB 1 - 2000



Marshal from any and all claims whatsoever arising out of the substitute custodian's possession in safe keeping of the vessel. Therefore,

**IT IS HEREBY ORDERED** that the United States Marshal be authorized and directed to surrender the possession and custody of the M/V LE PELICAN, its bunkers and other property to the substitute custodian, Bollinger Quick Repair, L.L.C. Attention: David Marmillion, and that upon such surrender shall be discharged from his duties and responsibilities for the safe keeping of the M/V LE PELICAN, its bunkers and property, and held harmless from any and all claims arising whatsoever out of said substitute possession and safe keeping of the vessel, bunkers and property.

New Orleans, this 31 day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**REICH, MEEKS & TREADAWAY, L.L.C.**

_____
ROBERT S. REICH, (#11163)
MICHELLE L. MARAIST (#21739)
Two Lakeway Center, Suite 1830
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Bollinger Quick Repair, L.L.C.*