

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. 00-0308 |
| M/V LE PELICAN | * | |
| her engines, boilers, tackle, furniture, | * | SECTION "T" (4) |
| apparel, appurtenances, etc., *In Rem* | * | |
| | * | JUDGE PORTEOUS |
| | * | |
| ****************************************** | | MAGISTRATE JUDGE ROBY |

## MOTION TO ALLOW SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DEEM DOCKAGE CHARGES CUSTODIA LEGIS EXPENSE

**NOW INTO COURT**, through undersigned counsel, comes Bollinger Quick Repair, L.L.C. and respectfully moves this Court for an Order permitting it to file the accompanying Memorandum in Support of its Motion to Deem Dockage Charges Custodia Legis, in order to

```
DATE OF ENTRY
MAY 3 0 2000
```



respond to the arguments raised in opposition.

        Respectfully submitted,

        **REICH, MEEKS & TREADAWAY, L.L.C.**

        _____
        ROBERT S. REICH (#11163)
        LAWRENCE R. PLUNKETT, JR. (#19739)
        Two Lakeway Center, Suite 1830
        3850 N. Causeway Boulevard
        Metairie, Louisiana 70002
        Telephone: (504) 830-3999
        *Attorneys for Bollinger Quick Repair, L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on:

>   Stewart F. Peck, Esq.
>   Suite 2775
>   601 Poydras Street
>   New Orleans, Louisiana 70130

either by facsimile transmission hand delivery or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 23 day of May, 2000.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. 00-0308 |
| M/V LE PELICAN | * | |
| her engines, boilers, tackle, furniture, | * | SECTION "T" (4) |
| apparel, appurtenances, etc., *In Rem* | * | |
| | * | JUDGE PORTEOUS |
| | * | |
| ****************************************** | | MAGISTRATE JUDGE ROBY |

**O R D E R**

Considering the above and foregoing Supplemental Memorandum in Support of Motion to Deem Dockage Charges Custodia Legis Expense;

**IT IS HEREBY ORDERED** that Bollinger Quick Repair, L.L.C. be and it is hereby permitted to file its Memorandum in Support of Motion to Deem Dockage Charges Custodia Legis in order to respond to the arguments raised in opposition.

NEW ORLEANS, LOUISIANA this _30_ day of _May_, 2000.

_____
UNITED STATES DISTRICT JUDGE