

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. 00-0308 |
| M/V LE PELICAN | * | |
| her engines, boilers, tackle, furniture, | * | SECTION "T" (4) |
| apparel, appurtenances, etc., *In Rem* | * | |
| | * | JUDGE PORTEOUS |
| | * | |
| ****************************************** | | MAGISTRATE JUDGE ROBY |

## MOTION TO ALLOW FILING OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR INTERLOCUTORY SALE OF VESSEL

**NOW INTO COURT,** through undersigned counsel, comes Bollinger Quick Repair, L.L.C. and respectfully moves this Court for an Order permitting it to file the accompanying supplemental memorandum in support of its motion for interlocutory sale of vessel, to

DATE OF ENTRY
MAY 3 1 2000

specifically respond to the arguments raised in opposition to the motion.

                Respectfully submitted,

                **REICH, MEEKS & TREADAWAY, L.L.C.**

                _____
                ROBERT S. REICH (#11163)
                LAWRENCE R. PLUNKETT, JR. (#19739)
                Two Lakeway Center, Suite 1830
                3850 N. Causeway Boulevard
                Metairie, Louisiana 70002
                Telephone:  (504) 830-3999
                *Attorneys for Bollinger Quick Repair, L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on:

> Stewart F. Peck, Esq.
> Suite 2775
> 601 Poydras Street
> New Orleans, Louisiana 70130

either by facsimile transmission hand delivery or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 23 day of May, 2000.

*/s/ Laurence Plunkett*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. 00-0308 |
| M/V LE PELICAN | * | |
| her engines, boilers, tackle, furniture, | * | SECTION "T" (4) |
| apparel, appurtenances, etc., *In Rem* | * | |
| | * | JUDGE PORTEOUS |
| | * | |
| ****************************************** | | MAGISTRATE JUDGE ROBY |

# O R D E R

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED** that Bollinger Quick Repair, L.L.C. be and it is hereby permitted to file its Supplemental Memorandum in Support of its Motion for Interlocutory Sale of Vessel to specifically respond to the arguments raised in opposition to the motion.

NEW ORLEANS, LOUISIANA this 30 day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE