

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. 00-0308 |
| M/V LE PELICAN | * | |
| her engines, boilers, tackle, furniture, | * | SECTION "T" (4) |
| apparel, appurtenances, etc., *In Rem* | * | |
| | * | JUDGE PORTEOUS |
| | * | |
| ****************************************** | | MAGISTRATE JUDGE ROBY |

MOTION TO ALLOW FILING OF
SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Bollinger Quick Repair,

L.L.C. and respectfully moves this Court for an Order permitting it to file the accompanying

Supplemental Memorandum in Support of its Motion for Summary Judgment, in order to

DATE OF ENTRY
MAY 3 1 2000

address the arguments raised in opposition to the motion.

        Respectfully submitted,

        **REICH, MEEKS & TREADAWAY, L.L.C.**

        _____
        ROBERT S. REICH (#11163)
        LAWRENCE R. PLUNKETT, JR. (#19739)
        Two Lakeway Center, Suite 1830
        3850 N. Causeway Boulevard
        Metairie, Louisiana 70002
        Telephone: (504) 830-3999
        *Attorneys for Bollinger Quick Repair, L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on:

>Stewart F. Peck, Esq.
>Suite 2775
>601 Poydras Street
>New Orleans, Louisiana 70130

either by facsimile transmission, hand delivery or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 23 day of May, 2000.

_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. 00-0308 |
| M/V LE PELICAN | * | |
| her engines, boilers, tackle, furniture, | * | SECTION "T" (4) |
| apparel, appurtenances, etc., *In Rem* | * | |
| | * | JUDGE PORTEOUS |
| | * | |
| ****************************************** | | MAGISTRATE JUDGE ROBY |

### O R D E R

Considering the foregoing Motion to Allow Filing of Supplemental Memorandum in Support of Motion for Summary Judgment;

**IT IS HEREBY ORDERED** that Bollinger Quick Repair, L.L.C. be and it is hereby granted leave to file the accompanying Supplemental Memorandum in Support of its Motion for Summary Judgment, in order to address the arguments raised in opposition to the motion.

**NEW ORLEANS, LOUISIANA,** this 30 day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE