

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0308 |
| M/V LE PELICAN | * | DIV. "T", MAG. 4 |
| Her engines, boilers, tackle, furniture | | |
| apparel, appurtenances, etc., *In Rem* | * | |

## *EX PARTE* MOTION FOR AUTHORITY TO FILE SUPPLEMENTAL REPLY MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Le Pelican, L.L.C.,

intervenor and true owner of the vessel M/V Le Pelican, her engines, boilers, tackle,

furniture, apparel, appurtenances, etc. and respectfully moves this Court for an Order

authorizing it to file into the record of this matter the accompanying Supplemental Reply

Memorandum in Opposition to Motion for Summary Judgment, in order to address certain

statements and arguments asserted in the Supplemental Memorandum filed by the plaintiff

in this matter.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD

STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Attorneys for Le Pelican, L.L.C.

DATE OF ENTRY
MAY 3 1 2000

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on counsel for all parties to this proceeding, by facsimile transmission and depositing the same in the United States mail, properly addressed, and first class postage prepaid this 26th day of May, 2000.

P:\WP\CTCaplinger\Le Pelican\Bollinger v. Le Pelican\Pleadings\Supplemental.Reply Memos.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BOLLINGER QUICK REPAIR, L.L.C.          *          CIVIL ACTION

VERSUS                                  *          NO. 00-0308

M/V LE PELICAN                          *          DIV. "T", MAG. 4
Her engines, boilers, tackle, furniture
apparel, appurtenances, etc., *In Rem*  *

## ORDER

Considering the *Motion for Authority to File Supplemental Reply Memorandum in Opposition to Motion for Summary Judgment* filed in the above-captioned matter by Le Pelican, L.L.C.:

**IT IS ORDERED** that motion be and hereby is GRANTED and Le Pelican, L.L.C. be and hereby is granted leave to file *Supplemental Reply Memorandum in Opposition to Motion for Summary Judgment* into the record of this matter.

New Orleans, Louisiana, this _30_ day of _May_ 2000.

_____
UNITED STATES DISTRICT JUDGE