

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0308 |
| M/V LE PELICAN | * | DIV. "T", MAG. 4 |
| Her engines, boilers, tackle, furniture apparel, appurtenances, etc., *In Rem* | * | |

### *EX PARTE* MOTION FOR AUTHORITY TO FILE SUPPLEMENTAL REPLY MEMORANDUM IN OPPOSITION TO MOTION FOR INTERLOCUTORY SALE OF VESSEL

**NOW INTO COURT**, through undersigned counsel, comes Le Pelican, L.L.C., intervenor and true owner of the vessel M/V Le Pelican, her engines, boilers, tackle, furniture, apparel, appurtenances, etc. and respectfully moves this Court for an Order authorizing it to file into the record of this matter the accompanying Supplemental Reply Memorandum in Opposition to Motion for Interlocutory Sale of Vessel, in order to address certain statements and arguments asserted in the Supplemental Memorandum filed by the plaintiff in this matter.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Attorneys for Le Pelican, L.L.C.

DATE OF ENTRY
JUN 1 2000

Fee_____
Process_____
X Dktd_____
√ CtRmDep_____
Doc.No._____

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading has been served on counsel for all parties to this proceeding, by facsimile transmission and depositing the same in the United States mail, properly addressed, and first class postage prepaid this 26th day of May, 2000.

_____

P:\WP\CTCaplinger\Le Pelican\Bollinger v. Le Pelican\Pleadings\Supplemental.Reply.Memos.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0308 |
| M/V LE PELICAN<br>Her engines, boilers, tackle, furniture<br>apparel, appurtenances, etc., *In Rem* | *<br><br>* | DIV. "T", MAG. 4 |

### ORDER

Considering the *Motion for Authority to File Supplemental Reply Memorandum in Opposition to Motion for Interlocutory Sale of Vessel* filed in the above-captioned matter by Le Pelican, L.L.C.:

**IT IS ORDERED** that motion be and hereby is GRANTED and Le Pelican, L.L.C. be and hereby is granted leave to file *Supplemental Reply Memorandum in Opposition to Motion for Interlocutory Sale of Vessel* into the record of this matter.

New Orleans, Louisiana, this 30 day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE