

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -8 P 1: 31

LORETTA G. WHYTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.  00-0308 |
| | * | |
| M/V LE PELICAN | * | SECTION: "T" (4) |
| her engines, boilers, tackle, furniture, | * | |
| apparel, appurtenances, etc., *In Rem* | * | JUDGE PORTEOUS |
| | * | |
| ***************************************** | | MAGISTRATE JUDGE ROBY |

## MOTION TO ALLOW FILING OF SUPPLEMENTAL
## AND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff Bollinger Quick

Repair, L.L.C. and moves this Court for an Order permitting it to file the accompanying First

Supplemental and Amending Complaint. Undersigned counsel contacted counsel for Le

Pelican, L.L.C. who advised there is no objection to the filing of the instant Motion or the

First Supplemental and Amending Petition.



DATE OF ENTRY

JUN 1 3 2000



Fee_____
Process_____
X /Dktd_____
_ CtRmDep_____
Doc.No._____

The deadline for amending pleadings has not passed and the amendment will not affect the trial date.

Respectfully submitted,

**REICH, MEEKS & TREADAWAY, L.L.C.**

ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT, JR. (#19739)
Two Lakeway Center, Suite 1000
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Bollinger Quick Repair, L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been

served on:

>    Stewart F. Peck, Esq.
>    Suite 2775
>    601 Poydras Street
>    New Orleans, Louisiana 70130

either by facsimile transmission hand delivery or by placing a copy of same in the United

States Mail, postage prepaid and properly addressed this ___7___ day of June, 2000.

_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

BOLLINGER QUICK REPAIR, L.L.C.        *        CIVIL ACTION
                                      *
VERSUS                                *        NO.  00-0308
                                      *
M/V LE PELICAN                        *        SECTION: "T" (4)
her engines, boilers, tackle, furniture,   *
apparel, appurtenances, etc., *In Rem*      *        JUDGE PORTEOUS
                                      *
*****************************************        MAGISTRATE JUDGE ROBY

## O R D E R

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED** that Bollinger Quick Repair, L.L.C. be and it is hereby

permitted to file its First Supplemental and Amending Complaint.

**NEW ORLEANS, LOUISIANA** this ___ day of _____ 2000.

_____
UNITED STATES MAGISTRATE JUDGE