UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOLLINGER QUICK REPAIR, L.L.C.** | CIVIL ACTION |
| **VERSUS** | 00-308 |
| **LE PELICAN MV, ET AL.** | SECTION "T"(4) |

## AMENDED ORDER FOR INTERLOCUTORY SALE OF VESSEL

The Court having considered and granted the Motion for Order Directing Interlocutory Sale of Vessel, filed on behalf of the plaintiff, Bollinger Quick Repair, L.L.C., accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the United Sates Marshal for the Eastern District of Louisiana be, and is hereby directed, to sell the M/V LE PELICAN at a public auction to the highest bidder, free and clear of all liens, pre-existing claims and encumbrances on said vessel, said sale to be held on **Thursday, July 6, 2000, at 10:00 o'clock a.m.**, at the entrance of the United States Courthouse, 500 Camp Street, New Orleans, Louisiana, upon notice and terms of sale contained herein below;

**IT IS FURTHER ORDERED** that Bollinger Quick Repair, L.L.C. shall arrange for advertisement pursuant to Local Rule 25.10 of the Local Admiralty Rules of this Court in the New Orleans-Times Picayune; to show in said notice the time and place where said sale will be conducted and to show in said notice that respective bidders may board said vessel for purposes of inspection thereof; the notice will further show that the highest and best bidder will be required to deliver to the United States Marshal at the time of the sale, in cash or by certified check or cashier's check, to be

DATE OF ENTRY
JUN 22 2000

1

Fee_____
Process____
X Dktd _____
__CtRmDep___
Doc.No. 33

drawn on a local bank, earnest money to at least ten per cent (10%) of the bid price, the balance thereof to be paid in cash or by certified check or by cashier's check to be drawn on a local bank within ten (10) calendar days after the entry of the confirmation of the sale by this Court;

**IT IS FURTHER ORDERED** that after this Court has confirmed the sale of the vessel and the purchaser has made full payment therefor, the United States Marshal shall deliver a bill of sale to the M/V LE PELICAN to the confirmed purchaser and said vessel shall be conveyed by the United States Marshal "as is, where is, free and clear of all liens, claims and encumbrances of whatever nature whatsoever;"

**IT IS FURTHER ORDERED** that all charges incurred by the Marshal and Bollinger Quick Repair, L.L.C., with respect to the vessel during its period of arrest, shall be expenses of sale will be taxed as costs of *custodia legis* against the proceeds of the sale;

**IT IS FURTHER ORDERED** that the United States Marshal shall deposit the proceeds of this sale into the Registry of the Court pending further order of the Court;

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of the above styled cause for such other and further proceedings as may be appropriate.

New Orleans, Louisiana, this 21st day of June, 2000.

_____
G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE