

**MINUTE ENTRY
ROBY, M.J.
September 13, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOLLINGER QUICK REPAIR, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0308** |
| **Le PELICAN MV** | **SECTION: "T" (4)** |

The Settlement Conference **(doc. #29)** scheduled before the undersigned on September 20, 2000, is **CANCELED** due to the Notice of STAY filed by the defendant, Le Pelican filing of bankruptcy **(doc#34)**.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 1 4 2000

___Fee___
___Process___
_X_ Dktd
___CtRmDep___
___Doc.No___