UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 29  PM 2: 15

LORETTA G. WHYTE
CLERK

BOLLINGER QUICK REPAIR, L.L.C.

CIVIL ACTION

VERSUS

00-308

LE PELICAN MV, ET AL.

SECTION "T"(4)

## ORDER

This Court has been advised that this action cannot proceed to trial and disposition because defendant, Le Pelican, L.L.C., has notified this Court of its filing for bankruptcy, and as such, this matter is automatically stayed.

Accordingly,

**IT IS ORDERED** that the Clerk of Court mark this action closed for statistical purposes, and,

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket and shall be reset by order of this Court upon motion of a party if circumstances change, so that the case may proceed to final disposition.  This order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this ___24th___ day of November, 2000.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

NOV 3 0 2000

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep____
___ Doc.No._____