```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2001 JAN 30  PM 2:45

                                                LORETTA G. WHYTE
                                                      CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION NO.: 00-0308 |
| | * | |
| versus | * | SEC. "T"(4) |
| | * | |
| M/V LE PELICAN | * | JUDGE PORTEOUS |
| her engines, boilers, tackle, furniture, | * | MAGISTRATE JUDGE ROBY |
| apparel, appurtenances, etc., *In Rem* | * | |

*********************************************

### MOTION AND ORDER TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Bollinger Quick Repair, L.L.C. who, with respect, moves this Honorable Court:

1) to dismiss, with prejudice, any and all claims asserted by Bollinger Quick Repair, L.L.C. against the M/V LE PELICAN, *in rem,* and to order The United States Marshal to release the M/V LE PELICAN from seizure;

2) to dismiss, with prejudice, any and all claims asserted by Bollinger Quick Repair, L.L.C. against Le Pelican, L.L.C., *in personam*;

3) to order the Clerk of Court to release to Bollinger Quick Repair, L.L.C. the $250.00 cost bond posted pursuant to Local Admiralty Rule 65.1.1 on or about January 31, 2000; and





-1-

4) to order The United States Marshal to release to Bollinger Quick Repair, L.L.C. the balance of any funds deposited with the Marshal's office in connection with the seizure of the M/V LE PELICAN.

Respectfully submitted,

REICH, MEEKS & TREADAWAY, L.L.C.

_____
ROBERT S. REICH, #11163
LAWRENCE R. PLUNKETT, JR., #19739
3850 N. Causeway Blvd., Suite 1000
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Bollinger Quick Repair, L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings by placing a copy of same in the United States Mail, postage prepaid and properly addressed this ___30___ day of January, 2001.

_____
ROBERT S. REICH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION NO.: 00-0308 |
| | * | |
| versus | * | SEC. "T"(4) |
| | * | |
| M/V LE PELICAN | * | JUDGE PORTEOUS |
| her engines, boilers, tackle, furniture, | * | MAGISTRATE JUDGE ROBY |
| apparel, appurtenances, etc., *In Rem* | * | |

*******************************************

## ORDER

Considering the motion of Bollinger Quick Repair, L.L.C., plaintiff, and LePelican, L.L.C. *in personam* defendant and owner of the M/V LE PELICAN;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1) the claims asserted by Bollinger Quick Repair, L.L.C. against the M/V LE PELICAN, *in rem*, be and are hereby dismissed, with prejudice, and the United States Marshal is ordered to release the M/V LE PELICAN from seizure;

2) the claims asserted by Bollinger Quick Repair, L.L.C. against Le Pelican, L.L.C., *in personam*, be and hereby are dismissed, with prejudice;

-1-

3) the Clerk of Court is ordered to release to Bollinger Quick Repair, L.L.C. the $250.00 cost bond posted pursuant to Local Admiralty Rule 65.1.1 on or about January 31, 2000; and

4) the United States Marshal is ordered to release to Bollinger Quick Repair, L.L.C. the balance of any funds deposited with the Marshal's office in connection with the seizure of the M/V LE PELICAN.

New Orleans, Louisiana, this 30th day of January, 2001.

_____
UNITED STATES DISTRICT JUDGE

-2-