FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 30 PM 2:45

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION NO.: 00-0308 |
| | * | |
| versus | * | SEC. "T"(4) |
| | * | |
| M/V LE PELICAN | * | JUDGE PORTEOUS |
| her engines, boilers, tackle, furniture, | * | MAGISTRATE JUDGE ROBY |
| apparel, appurtenances, etc., *In Rem* | * | |

*******************************************

### MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Bollinger Quick Repair, L.L.C. and respectfully moves this Court for an Order dismissing the claims asserted against it by Le Pelican, L.L.C. on the grounds that those claims have been compromised.

Respectfully submitted,

REICH, MEEKS & TREADAWAY, L.L.C.

_____
ROBERT S. REICH, #11163
LAWRENCE R. PLUNKETT, JR., #19739
3850 N. Causeway Blvd., Suite 1000
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Bollinger Quick Repair, L.L.C.*

DATE OF ENTRY
JAN 3 0 2001

-1-

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings by placing a copy of same in the United States Mail, postage prepaid and properly addressed this ___30___ day of January, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION NO.: 00-0308 |
| | * | |
| versus | * | SEC. "T"(4) |
| | * | |
| M/V LE PELICAN | * | JUDGE PORTEOUS |
| her engines, boilers, tackle, furniture, | * | MAGISTRATE JUDGE ROBY |
| apparel, appurtenances, etc., *In Rem* | * | |

*********************************************

## MEMORANDUM IN SUPPORT OF
## MOTION TO DISMISS

**MAYA IT PLEASE THE COURT:**

Bollinger Quick Repair, L.L.C. respectfully submits that all of the claims in this matter have been settled. Bollinger Quick Repair, L.L.C. has filed a separate Motion and Order to Dismiss the claims asserted by it against the M/V LE PELICAN *in rem* and Le Pelican, L.L.C., *in personam*. In addition Bollinger Quick Repair, L.L.C. has moved to release the M/V LE PELICAN from seizure.

In addition, Le Pelican, L.L.C. has resolved the claims it asserted against Bollinger Quick Repair as evidenced in the attached Release executed by William T. Juliano, President of Le Pelican, L.L.C., on January 22, 2001. Le Pelican, L.L.C.'s counsel has recently filed a Motion and Order seeking to have the Court permit it to withdraw as counsel of record in this matter. As there is a valid settlement agreement between the parties which ends all matters in

-1-

controversy before this Court, Bollinger Quick Repair, L.L.C. respectfully submits that it is appropriate for this Court to dismiss the claims asserted by Le Pelican, L.L.C. against Bollinger Quick Repair.

        Respectfully submitted,

        **REICH, MEEKS & TREADAWAY, L.L.C.**

        _____
        ROBERT S. REICH, #11163
        LAWRENCE R. PLUNKETT, JR., #19739
        3850 N. Causeway Blvd., Suite 1000
        Metairie, Louisiana 70002
        Telephone: (504) 830-3999
        *Attorneys for Bollinger Quick Repair, L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings by placing a copy of same in the United States Mail, postage prepaid and properly addressed this _30_ day of January, 2001.

_____

Prepared by:

_____
Barry W. Frost, Esquire

**RELEASE**

This Release dated January 22, 2001, is given

BY the Releasor(s)

    LE PELICAN, LLC, AND WILLIAM T. JULIANO

                                    referred to as "I",

TO

    BOLLINGER QUICK REPAIR, LLC

                                      referred to as "You".

If more than one person signs this Release, "I" shall mean each person who signs this Release.

1. **Release**. I release and give up any and all claims and rights which I may have against you. This releases all claims, including those of which I am not aware and those not mentioned in this Release applies to claims resulting from anything which has happened up to now. I specifically release the following claims:

    **ANY AND ALL CLAIMS ARISING OUT OF THE TOWING, REPAIR AND STORAGE OF A VEHICLE KNOWN AS M/V LE PELICAN.**

2. **Payment**. I have been paid a total of $[redacted], in full payment for making this Release. I agree that I will not seek anything further including any other payment from you.

3. **Who is Bound**. I am bound by this Release. Anyone who succeeds to my rights and responsibilities, such as my heirs or the executor of my estate, is also bound. This Release is made for your benefit and all who succeed to your rights and responsibilities, such as your heirs or the executor of your estate.

4. **Signatures**. I understand and agree to the terms of this Release. If this Release is made by a corporation, its proper corporate officers sign and its corporate seal is affixed.

Witnessed ~~or Attested by~~:

_William E. Raabe_            LE PELICAN, LLC
~~WILLIAM T. JULIANO,~~       By: _____ (Seal)
~~Secretary~~                    WILLIAM T. JULIANO, President
William E. Raabe          By: _____ (Seal)
                               WILLIAM T. JULIANO, Individually

STATE OF New Jersey, COUNTY OF Burlington    ss.:

                                      **WILLIAM E. RAABE**
                                      Notary Public of New Jersey

I CERTIFY that on January 22nd 2001 personally came before me and this person acknowledged under oath, to my satisfaction, that: William T. Juliano

    a) is named in and personally signed this document, and
    b) signed, sealed and delivered this instrument as his or her act and deed.

Signed and sworn to before me
this 22nd day of January, 2001

_William E. Raabe_
William E. Raabe

**WILLIAM E. RAABE**
Notary Public of New Jersey
My Commission Expires 01/09/2006

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION NO.: 00-0308 |
| | * | |
| versus | * | SEC. "T"(4) |
| | * | |
| M/V LE PELICAN | * | JUDGE PORTEOUS |
| her engines, boilers, tackle, furniture, | * | MAGISTRATE JUDGE ROBY |
| apparel, appurtenances, etc., *In Rem* | * | |

*******************************************

# O R D E R

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that considering the law and Motion of counsel, that the claims asserted by Le Pelican, L.L.C. against Bollinger Quick Repair, L.L.C. in this matter be and are hereby dismissed, with prejudice, each party to bear its own costs.

THIS 30 DAY OF January, 2001, AT NEW ORLEANS, LOUISIANA.

_____
UNITED STATES DISTRICT JUDGE

-1-