FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
JAN 3 0 2001
2001 JAN 30 PM 4: 56
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0308 |
| M/V LE PELICAN | * | DIV. "T", MAG. 4 |
| Her engines, boilers, tackle, furniture apparel, appurtenances, etc., *In Rem* | * | |

**EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes the firm Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, a member of that firm, Stewart F. Peck, and an associate of that firm, Christopher T. Caplinger (collectively referred to herein as "Movants"), who move this Honorable Court for an order allowing them to withdraw as counsel of record for defendant, Le Pelican, L.L.C., in the above-captioned proceedings, pursuant to Local Rule 83.2.11 of the Uniform Local Rules of the United States District Courts for the Eastern, Middle and Western Districts of Louisiana on the following grounds:

1.

There no longer exists an attorney-client relationship between Movants and defendant, Le Pelican, L.L.C.; there has been a failure on the part of the defendant, Le Pelican, L.L.C. and its principal, William T. Juliano, to satisfy financial obligations to the firm arising out of the

DATE OF ENTRY
FEB 2 2001

Fee
Process
X Dktd
CtRmDep
Doc.No.

engagement of the firm and the undersigned counsel to represent him in these proceedings and Movants are unable to continue their representation of defendant in the above captioned matter.

2.

Pursuant to Local Rule 83.2.11, undersigned counsel advises the Court and opposing counsel that the following is the present mailing address and telephone number of the defendant:

> Le Pelican, L.L.C.
> c/o Mr. William T. Juliano
> Plaza Office Center
> 560 Fellowship Road
> Mount Laurel, NJ  08054
> Tel:    (856) 234-5151

3.

Undersigned counsel avers that defendant, Le Pelican, L.L.C., through its principal, William T. Juliano, has been notified of all deadlines and pending court appearances in this case and this motion is being served upon William T. Juliano, via regular, United States Mail, postage prepaid and Certified Mail.  It is further being served on opposing counsel representing the plaintiff in these proceedings.

4.

Undersigned counsel avers that counsel for the plaintiff has been advised of Movants intention to file this motion.

**WHEREFORE**, for the foregoing reasons, it is respectfully requested this Honorable Court enter an order allowing the firm, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, its member,

Stewart F. Peck, and its associate, Christopher T. Caplinger to withdraw as counsel of record for defendant in these proceedings.

|  |  |
|---|---|
| | Respectfully submitted, |
| | *[signature]* |
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | STEWART F. PECK, T.A. (#10403)<br>CHRISTOPHER T. CAPLINGER (#25357) |
| Of Counsel | 601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw as Counsel of Record has been served upon all counsel of record by facsimile transmission and first class mail this 30th day of January, 2001.

*[signature]*

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLLINGER QUICK REPAIR, L.L.C. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0308 |
| M/V LE PELICAN | * | DIV. "T", MAG. 4 |
| Her engines, boilers, tackle, furniture apparel, appurtenances, etc., *In Rem* | * | |

### ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record filed on behalf of the firm, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, its member, Stewart F. Peck, and its associate, Christopher T. Caplinger and the Court finding good grounds exist to grant the same, accordingly;

**IT IS HEREBY ORDERED** that the firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, its member, Stewart F. Peck, and its associate, Christopher T. Caplinger, be and the same are hereby withdrawn as counsel of record for defendant, Le Pelican, L.L.C., in the above-captioned proceedings. The Clerk of this Court is further instructed to change the records of these proceedings to reflect the withdrawal.

New Orleans, Louisiana, this ___ day of February, 2001.

_____
United States Magistrate Judge

The Court dismissed all claims of plaintiff against defendants with prejudice by order dated January 30, 2001. The Court likewise dismissed with prejudice all claims asserted by LePelican, LLC against Bollinger Repair, LLC. upon motion of the plaintiff on the same day.